

# Fourth Court of Appeals
## San Antonio, Texas

June 13, 2013

No. 04-12-00735-CR AND 04-12-00736-CR

Albert **NICHOLAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B93-6 and B93-7
Honorable Rex Emerson, Judge Presiding

# O R D E R

The Appellant's motion to strike Appellee's Counsel is DENIED.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of June, 2013.

_____
Keith E. Hottle
Clerk of Court